**LAQUER, URBAN, CLIFFORD & HODGE LLP**
J. Paul Moorhead, State Bar No. 240029
   Email: moorhead@luch.com
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958

Attorneys for Plaintiffs, Trustees of the Operating
Engineers Pension Trust, et al.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> DIAMOND STREET SWEEPERS, a California partnership, and WILLIAM HOLLIDAY and ROBERT REDDELL, individually and as partners doing business as "DIAMOND STREET SWEEPERS," <br><br> Defendants. | CASE NO: CV 07-08394 GAF (CWx) <br><br> **RENEWAL OF JUDGMENT BY CLERK** <br><br> [CAL. CODE CIV. PROC. §§ 683.110-683.220; FED. R. CIV. PROC. RULE 69] <br><br> [NO HEARING REQUIRED] |

Judgment was entered on March 10, 2009, in the amount of $157,248.72, plus post-judgment interest as provided by law, in favor of Plaintiffs / Judgment Creditors, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust ("Trustees"), and against Defendants / Judgment Debtors, Diamond Street Sweepers, William Holliday, and Robert Reddell, jointly and severally.

On July 15, 2010, Robert Reddell filed a petition under Chapter 7 of the Bankruptcy Code, and on April 6, 2011, Robert Reddellreceived a discharge of his debts.

NOW, upon application for renewal of judgment by the Trustees, and upon declaration showing that Diamond Street Sweepers and William Holliday have failed to satisfy the total amount of said judgment and are indebted to the Trustees.

Abstracts of Judgment have been recorded as follows:

| County | Instrument Number | Recording Date |
|---|---|---|
| Los Angeles | 20090556517 | April 6, 2009 |
| Riverside | 2009-0209628 | April 29, 2009 |
| San Bernardino | 2009-02040726 | June 2, 2009 |
| Orange | 2009000191954 | April 29, 2009 |
| Ventura | 20100805-00115409-0 1/2 | August 5, 2010 |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment against Diamond Street Sweepers and William Holliday be renewed in the amount of $142,411.63, as follows:

///

///

///

///

|     |     |                                                      |              |
| --- | --- | ---------------------------------------------------- | ------------ |
| a.  |     | Judgment                                             | $157,248.72  |
| b.  |     | Costs after Judgment                                 | $     0.00   |
| c.  |     | Interest after judgment computed from                |              |
|     |     | 03/10/2009 through 03/04/2019 at 0.68%               | $  9,693.25  |
| d.  |     | Less Credits                                         | $ 24,530.34  |
| e.  |     | Total Renewed Judgment                               | $142,411.63  |

Dated:  March 5, 2019

_Sharon Hall-Brown_
Sharon Hall-Brown   Deputy Clerk

KIRY K. GRAY, CLERK OF COURT